JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TAYLOR, | Case No. CV 14-1032-JLS (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 8, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE